

# Fourth Court of Appeals
## San Antonio, Texas

February 21, 2014

No. 04-13-00501-CV

**OFFICE OF THE ATTORNEY GENERAL**,
Appellant

v.

Blanca **DE LEON**,
Appellee

From the 49th Judicial District Court, Zapata County, Texas
Trial Court No. 8,248
Honorable Jose A Lopez, Judge Presiding

## O R D E R

Appellee's brief was originally due on January 13, 2014. *See* TEX. R. APP. P. 38.6(b). This court granted Appellee's first motion for extension of time to file the brief until February 12, 2014. On February 19, 2014, Appellee filed an unopposed second motion for extension of time to file the brief until March 30, 2014, for a total extension of seventy-four days.

Appellee's motion for extension of time is GRANTED IN PART. Appellee's brief must be filed with this court not later than March 14, 2014. *See id.* **NO FURTHER EXTENSIONS OF TIME TO FILE APPELLEE'S BRIEF WILL BE GRANTED.**

If Appellee fails to file the brief by March 14, 2014, the court will set the appeal for submission without an Appellee's brief. *See Jackson v. Tex. Bd. of Pardons & Paroles*, No. 01-03-00862-CV, 2008 WL 921035, at *1 n.2 (Tex. App.—Houston [1st Dist.] Apr. 3, 2008, no pet.) (mem. op.) ("'In a civil case, the court will accept as true the facts stated [in appellant's brief] unless another party contradicts them.'" (alteration in original) (quoting TEX. R. APP. P. 38.1(g))).

Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 21st day of February, 2014.



Keith E. Hottle
Clerk of Court